## Commonwealth *v.* Yanczak, Appellant.

Submitted June 9, 1969. *Alexander Hemphill,* for appellant; *Anne T. Welsh* and *James D. Crawford,* Assistant Dis-

trict Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.